IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY STERLING, JR. | : | CIVIL ACTION |
| *UNITED STATES OF AMERICA EX.* | : | |
| *REL., A FREE MAN AND HONORABLE* | : | No. 18-159 |
| *DISCHARGE SERVICE MAN, AND AS* | : | |
| *HEIR-BENEFICIARY AND AGGRIEVED* | : | |
| *PARTY* | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN DIGIORGIO, et al. | : | |

## **ORDER**

AND NOW, this 19th day of March, 2018, upon consideration of (1) Defendant John DiGiorgio's Motion to Dismiss Plaintiff's Complaint as Against Him Pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or for Failure to Comply with 28 U.S.C. § 1441, and (2) pro se Plaintiff Leroy Sterling, Jr.'s "Supplemental Affidavit of Objections to Defendant's Motion to Dismiss Plaintiffs Complaint, Civil and Criminal RICO allegations"; after review of the record in this case; and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 6) is GRANTED insofar as the above-captioned civil action shall be REMANDED to the Court of Common Pleas of Philadelphia County.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.